| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Nathan A Robinson** | Social Security number or ITIN   **xxx–xx–8005** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Renee D Muhammad** | Social Security number or ITIN   **xxx–xx–5025** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **16–17008** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nathan A Robinson
aka Nathan A Muhammad, dba Green Design
Solutions, ...

Renee D Muhammad

August 17, 2016

**For the court:**  Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
   obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
   decided or will decide are not discharged
   in this bankruptcy case;

♦ debts for most fines, penalties,
   forfeitures, or criminal restitution
   obligations;

♦ some debts which the debtors did not
   properly list;

♦ debts for certain types of loans owed to
   pension, profit sharing, stock bonus, or
   retirement plans; and

♦ debts for death or personal injury caused
   by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who
is also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 16-17008-TAB
Nathan A Robinson                                                         Chapter 7
Renee D Muhammad
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: admin          Page 1 of 1          Date Rcvd: Aug 17, 2016
                              Form ID: 318         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2016.
db/jdb          +Nathan A Robinson,   Renee D Muhammad,   15216 9th Ave.,   Phoenix, IL 60426-2515
24547653        +Aes/Barclays Bank Plc,   Po Box 61047,   Harrisburg, PA 17106-1047
24547654        +Best Buy,   7601 Penn Ave S.,   Minneapolis, MN 55423-3683
24547656        +Chase Mortgage,   Po Box 24696,   Columbus, OH 43244-0696
24547657        +Commonwealth Financial Systems,   245 Main St.,   Dickson City, PA 18519-1641
24547658         Equifax Information Services, LLC,   1550 Peachtree St. NW,   Atlanta, GA 30309
24547659        +Equifax Information Services, LLC,   PO Box 740241,   Atlanta, GA 30374-0241
24547661        +Experian Information Solutions, Inc.,   PO Box 4500,   Allen, TX 75013-1311
24547660        +Experian Information Solutions, Inc.,   475 Anton Blvd.,   Costa Mesa, CA 92626-7037
24547664        +State of Illinois: Department of Revenue,   PO Box 19006,   Springfield, IL 62794-9006
24547666        +TransUnion LLC,   Po Box 2000,   Chester, PA 19022-2000
24547667        +Walmart,   Asset Protection Recovery,   PO Box 101928, Dept 4295,   Birmingham, AL 35210-6928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QFGECKER.COM Aug 18 2016 00:38:00      Frances Gecker,   325 North LaSalle Street,
                 Suite 625,   Chicago, IL 60654-6465
24547655        +EDI: CAPITALONE.COM Aug 18 2016 00:38:00      Capital One, N.A.,   1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
24547662         EDI: IRS.COM Aug 18 2016 00:38:00      Internal Revenue Service,
                 Centralized Insolvency Operation,   PO Box 21126,   Philadelphia, PA 19114-0326
24547663        +EDI: NAVIENTFKASMSERV.COM Aug 18 2016 00:38:00      Navient,   Attn: Claims Dept,   PO Box 9500,
                 Wilkes-Barr, PA 18773-9500
24547665        +EDI: RMSC.COM Aug 18 2016 00:38:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
24547668        +EDI: WFFC.COM Aug 18 2016 00:38:00      Wells Fargo Dealer Services,   Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
                                                                                    TOTAL: 6

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2016 at the address(es) listed below:
        Frances Gecker    fgecker@fgllp.com, fgecker@ecf.epiqsystems.com;csmith@fgllp.com
        Jose G Moreno    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
        nd-one@il.cslegal.com
        Joseph S Davidson    on behalf of Debtor 1 Nathan A Robinson jdavidson@sulaimanlaw.com,
        courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
        mail.com;bkecf_sulaiman@bkexpress.info
        Joseph S Davidson    on behalf of Debtor 2 Renee D Muhammad jdavidson@sulaimanlaw.com,
        courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;sulaiman.igotnotices@g
        mail.com;bkecf_sulaiman@bkexpress.info
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 5